In the Matter of Acquiring Title by the CITY OF NEW YORK for the Opening and Extending of Avenue K from Kings Highway to Utica Avenue and from Flatlands Avenue to East 108th Street, Borough of Brooklyn, City of New York. ARAB REALTY CORPORATION, Appellant, v. SHAHENDE BAREZIE and MAUDE BAREZIE, Respondents.— In a proceeding to condemn real property, petitioner appeals from an order confirming report of official referee denying motion of the petitioner, Arab Realty Corporation, to expunge claim filed with the comptroller of the city of New York by Shahende Barezie and Maude Barezie against the balance of the award made for the acquisition of damage parcel No. 454, canceling the warrants made payable to Amina Arab for that damage parcel, and directing the comptroller to draw up new warrants and to pay to Shahende Barezie and Maude Barezie out of the balance of the award made to Amina Arab for the acquisition of premises designated as damage parcel No. 454 in this proceeding the sum of $772.56, with lawful interest thereon from the 25th day of October, 1935, until the date of payment thereof, provided proper releases are furnished of certain mortgages, and awarding other relief. Order unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

In the Matter of the Application of HAPPY HOUR BAR & GRILL, INC., Petitioner, to Review the Determination of HENRY E. BRUCKMAN and Others, Constituting the STATE LIQUOR AUTHORITY, and JAMES C. QUINN and Others, Constituting the NEW YORK CITY ALCOHOLIC BEVERAGE CONTROL BOARD, Respondents.— Proceeding under article 78 of the Civil Practice Act to review the determination of the State Liquor Authority revoking the petitioner's liquor license after a hearing on stated charges. Determination unanimously confirmed, with twenty dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

In the Matter of the Application for an Order, of LEON C. HIGH, Appellant, against THE BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 7 OF THE TOWN OF NORTH HEMPSTEAD, COUNTY OF NASSAU, Respondent.— Application pursuant to article 78 of the Civil Practice Act for an order directing respondent to reinstate appellant as a high school principal. Order denying appellant's application, and granting cross-motion of respondent to dismiss the petition, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ. [169 Misc. 98.]